DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BELL, RANDOLPH H

Case No. 07-02771-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $476.68, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 26 | CAPITAL ONE NA<br>BANK LEGAL DEPT<br>NEW ORLEANS, LA 70170 | $476.68 |

Dated: September 27, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487509 2    10-1-10    $476.68